*Bruce S. Beck*, in support of the petition.

Decided October 12, 2000

---

STATE OF CONNECTICUT *v.* GEORGE C. TATE

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Glenn W. Falk*, special public defender, in support of the petition.

*Jessica C. Torres-Daigle*, special deputy assistant state's attorney, in opposition.

Decided October 12, 2000

---

PETER STANDISH ET AL. *v.* SOTAVENTO
CORPORATION ET AL.

*Marni Smith Katz*, in support of the petition.

*Edward V. O'Hanlan*, in opposition.

Decided October 25, 2000

---

ANNMARIE KASLAITIS *v.* RICHARD J. KASLAITIS